**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CHEMUANGOH FRU,**
**A# 221-388-549**                                                          **PETITIONER**

**V.**                                                      **CIVIL NO. 5:26-cv-269-DCB-BWR**

**WARDEN, ADAMS COUNTY**
**CORRECTIONAL CENTER**                                                 **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 7], which recommends that Respondent's Motion to Dismiss for Mootness [ECF No. 6] should be granted and pro se Petitioner Chemuangoh Fru ("Petitioner")'s 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed without prejudice as moot. [ECF No. 7] at 2. The basis for this recommendation is that Petitioner was removed from the United States by Immigration and Customs Enforcement ("ICE") on April 28, 2026.[1] Id. at 1.  The Report was entered on May 20, 2026, and objections were due by June 3, 2026. No party objected to the Report.

---

[1] As detailed in Judge Rath's Report, Respondent provided proof that Petitioner was a native Citizen of Cameroon and was removed from the United States to Cameroon on April 28, 2026. [ECF. No. 7] at 1; [ECF No. 6-1].

## I.   Discussion

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion, and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

## II.   Conclusion

The Court, having reviewed Respondent's Motion to Dismiss [ECF No. 6], pro se Petitioner Chemuangoh Fru's 28 U.S.C. § 2241 Petition [ECF No. 1], and Judge Rath's Report [ECF No. 7], finds that Respondent's Motion to Dismiss for Mootness should be granted and Petitioner's 28 U.S.C. § 2241 petition should be dismissed without prejudice as moot. The Court adopts Judge Raths's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Rath's recommendation. The Report [ECF No. 7] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

2

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 10th day of June, 2026.

/s/ David Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE